[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 12, 2006
THOMAS K. KAHN
CLERK

No. 06-10654

D.C. Docket No. 03-02884-CV-JEO-2

AMANDA POWELL MCCOY,

Plaintiff-Appellant,

versus

2 GEORGES, INC., d/b/a ON
TAP SPORTS CAFÉ, et al.,

Defendant-Appellees.

Appeal from the United States District Court
for the Northern District of Alabama

**(December 12, 2006)**

Before BLACK and HULL, Circuit Judges , and RYSKAMP,* District Judge.

PER CURIAM:

---

\* Honorable Kenneth L. Ryskamp, United States District Judge for the Southern District of Florida, sitting by designation.

The Plaintiff appeals the district court's grant of summary judgment to Defendants on her claims for sexual harassment and retaliation. After oral argument and a thorough review of the record, we affirm based upon the well-reasoned opinion of the district court.

**AFFIRMED.**